**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| KATHLEEN TURNER, | ) | CASE NO. 5:21-cv-00317-DCR |
| Plaintiff, | ) ) | JUDGE DANNY C. REEVES |
| vs. | ) ) | |
| DISH NETWORK L.L.C., *et al.,* | ) ) | |
| Defendants. | ) ) | |

**JOINT RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's April 27, 2022 Order, a teleconference was held on May 2, 2022 by and between counsel for Plaintiff Kathleen Turner ("Plaintiff") and Defendant DISH Network L.L.C. ("Defendant") (collectively, the "Parties")

**I.   THE COURT'S ORDER**

Pursuant to the Court's Order, the Parties are required to disclose information and confer on a discovery plan and file a joint statement with the Court no later than May 12, 2022.

**II.   MATTERS TO BE DISCUSSED PURSUANT TO RULE 25(f)**

**A.   Initial Disclosures**

The Parties agree that no changes should be made in the form or requirements for disclosures under Rule 26(a). The parties agree that the initial disclosures shall be made on or before May 17, 2022 by e-mail.

**B.   Discovery Plan**

| | |
|---|---|
| Amend their pleadings and join additional parties: | May 31, 2022 |
| Fact Discovery Deadline: | August 29, 2022 |
| Plaintiff's Expert Reports: | September 15, 2022 |
| Defendant's Expert Reports: | September 30, 2022 |

    Dispositive Motions:                                        October 15, 2022

The Parties do not contemplate any issues regarding electronic discovery at this time. The Parties will meet and confer about any other electronic formatting issues as necessary.

The parties have agreed that Defendant will initially draft a Protective Order, which will then finalized and submitted to the Court on or before May 31, 2022.

### III.    ADDITIONAL CASE MANAGEMENT MATTERS

Pursuant to the Court's Order, the Parties also discussed the additional case management matters set forth below.

- The Parties discussed the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of this case at the teleconference. The Parties believe resolution of this case may be aided by mediation after discovery is complete.

- The Parties estimate the probable length of trial to be two days. The Parties believe a trial date in March of 2023 would be mutually convenient and note that jury issues will be presented.

- The Parties do not desire a Scheduling Conference before the entry of a scheduling order.

- The Parties do not agree that the action may be referred to a United States Magistrate Judge for trial.

                                                      Respectfully submitted,

Date:  May 12, 2022                                */s/ Christopher W. Goode*
                                                            Christopher W. Goode (KBA 88425)
                                                             GOODE LAW OFFICE, PLLC
                                                             389 Elaine Drive
                                                             Lexington, Kentucky 40504
                                                             Telephone:    (859) 363-6688
                                                             Email:          cgoode@goodelawyers.com
                                                             *Attorney for Plaintiff Kathleen Turner*

                                                             */s/ Eric Larson Zalud*
                                                             Eric Larson Zalud (*pro hac vice*)
                                                             Laura E. Kogan (*pro hac vice*)
                                                             BENESCH, FRIEDLANDER, COPLAN
                                                                 & ARONOFF LLP
                                                             200 Public Square, Suite 2300

Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
lkogan@beneschlaw.com

William W. Allen
GESS MATTINGLY & ATCHISON, PSC
201 West Short Street, Suite 102
Lexington, Kentucky 40507-1269
Telephone: (859) 252-9000
Facsimile: (859) 233-4269
Email: wallen@gmalaw.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2022 a copy of the foregoing *Joint Rule 26(f) Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                             */s/ Eric L. Zalud*
                                             Eric Larson Zalud
                                             *Attorney for Defendant DISH Network L.L.C.*