# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KATHLEEN TURNER, ) | CASE NO. 5:21-cv-00317-DCR |
| ) | |
| Plaintiff, ) | JUDGE DANNY C. REEVES |
| ) | |
| vs. ) | |
| ) | |
| DISH NETWORK L.L.C., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Scheduling Order, Plaintiff Kathleen Turner and Defendant DISH Network L.L.C. (the "Parties") submit this Joint Status Report summarizing the case activity for the preceding thirty days. (*See* Doc. 32.)

The Parties have exchanged initial disclosures and written discovery requests. The Parties' written discovery responses are due on June 22. In preparation to produce documents, the Parties entered into a Stipulated Protective Order. (*See* Doc. 35.) While the Parties continue to engage in discovery on numerous topics, no depositions have been conducted and expert discovery has not yet begun. At this time, the Parties are not requesting anything from the Court.

*/s/ Christopher W. Goode*
Christopher W. Goode (KBA 88425)
GOODE LAW OFFICE, PLLC
389 Elaine Drive
Lexington, Kentucky 40504
Telephone:    (859) 363-6688
Email:    cgoode@goodelawyers.com
*Attorney for Plaintiff Kathleen Turner*

*/s/ Eric Larson Zalud*
Eric Larson Zalud (*pro hac vice*)
Laura E. Kogan (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:    (216) 363-4500
Facsimile:    (216) 363-4588
Email:    ezalud@beneschlaw.com
       lkogan@beneschlaw.com

William W. Allen
GESS MATTINGLY & ATCHISON, PSC
201 West Short Street, Suite 102
Lexington, Kentucky 40507-1269
Telephone:     (859) 252-9000
Facsimile:      (859) 233-4269
Email:            wallen@gmalaw.com

*Attorneys for Defendant DISH Network L.L.C.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022 a copy of the foregoing *Joint Status Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Eric L. Zalud*
Eric Larson Zalud
*Attorney for Defendant DISH Network L.L.C.*
